IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KHRISTAN PARKER,

      Appellant,

v.

                              Case No.  5D22-1555
                              LT Case No. 2018-000116-FDAX

BRADLEY FLETCHER,

      Appellee.

_____/

Decision filed March 28, 2023

Nonfinal Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

Scott E. Siverson, of Siverson Law
Firm, PLLC, Winter Garden, for
Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.